**Mary CARTER, Plaintiff–Appellant,**

v.

**Mr. COOPER, Defendant–Appellee.**

No. 11–6230.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 4, 2011.

Mary Carter, Appellant Pro Se.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Carter appeals the district court's order dismissing her 42 U.S.C. § 1983 (2006) complaint without prejudice under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. *Carter v. Cooper*, No. 5:10–ct–03133–D (E.D.N.C. Feb. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*